**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

**IN RE:**                                                                                           **CASE NO.: 19-11278-amc**
                                                                                                            **CHAPTER 13**
**Malika S. Jones,**

   **Debtor.**

_____/

**REQUEST FOR SERVICE OF NOTICES**

   **PLEASE TAKE NOTICE THAT** the undersigned counsel hereby appears on behalf of WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR PRETIUM MORTGAGE ACQUISITION TRUST ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID & CRANE LLC**
**10700 ABBOTT'S BRIDGE ROAD, SUITE 170,**
**DULUTH, GA 30097**

        Robertson, Anschutz, Schneid & Crane LLC
        Attorney for Secured Creditor
        10700 Abbott's Bridge Road, Suite 170,
        Duluth, GA 30097
        Telephone: 470-321-7112

        By: /s/Darrelyn Thomas
            Darrelyn Thomas, Esq.
            Email: dthomas@rascrane.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 16, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

Malika S. Jones
5946 Cedar Avenue
Philadelphia, PA 19143

And via electronic mail to:

Brad J. Sadek
Sadek and Cooper
1315 Walnut Street  Suite 502
Philadelphia, PA 19107

William C. Miller, Esq.
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105

United States Trustee
Office of the U.S. Trustee
200 Chestnut Street, Suite 502
Philadelphia, PA 19106

    Robertson, Anschutz, Schneid & Crane LLC
    Attorney for Secured Creditor
    10700 Abbott's Bridge Road, Suite 170,
    Duluth, GA 30097
    Telephone: 470-321-7112

    By: /s/Darrelyn Thomas
    Darrelyn Thomas, Esq.
    Email: dthomas@rascrane.com